IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Criminal Action No. 07-62M |
| EDWARD ROE, | ) ) ) |
| Defendant. | ) |

### MOTION AND ORDER TO SEAL CRIMINAL COMPLAINT AND FILE

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware and Christopher J. Burke, Assistant United States Attorney for the District of Delaware, moves that the Criminal Complaint and File in this case be sealed until the arrest and apprehension of defendant Edward Roe, except for the limited purpose of permitting the U.S. Marshals Service to enter into NCIC the arrest warrant.



COLM F. CONNOLLY
United States Attorney

By: _____
Christopher J. Burke
Assistant United States Attorney

Dated: April 3, 2007

**AND NOW**, to wit, this 3rd day of April, 2007, upon the foregoing Motion, **IT IS HEREBY ORDERED** that the Criminal Complaint and File in the above-captioned case be sealed until the arrest and apprehension of Edward Roe, except for the limited purpose of permitting the U.S. Marshals Service to enter the arrest warrant on NCIC.

_____
Honorable Gregory M. Sleet
United States District Judge