UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | CASE NO. **07-62M-MPT** |
| vs. ) | |
| ) | |
| **EDWARD ROE** ) | |
| ) | |
| Defendant. ) | |

<u>O R D E R</u>

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is on this **4ᵀᴴ** day of **APRIL**, 2007,

ORDERED that **Edson A. Bostic, Esq.**, from the Office of the Federal Public Defender for the District of Delaware is hereby appointed to represent said defendant in the cause until further order of the Court.

_____
Honorable Gregory M. Sleet
U.S. District Judge

cc: Federal Public Defender
    First Federal Plaza, Suite# 110
    704 King Street
    Wilmington, DE  19801
    (302) 573-6010

    Defendant
    United States Attorney



FILED
APR - 4 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE