IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Criminal Action No. 07- 62M-MPT |
| EDWARD ROE, | ) ) ) |
| Defendant. | ) ) |

**MOTION FOR DETENTION HEARING**

**NOW COMES** the United States and moves for the pretrial detention of the defendant, pursuant to 18 U.S.C. § 3142(e) and (f). In support of the motion, the United States alleges the following:

1. **Eligibility of Case**. This case is eligible for a detention order because case involves (**check all that apply**):

    **X** Crime of violence (18 U.S.C. § 3156)

    ___ Maximum sentence life imprisonment or death

    ___ 10+ year drug offense

    ___ Felony, with two prior convictions in above categories

    **X** Minor victim

    ___ Possession/ use of firearm, destructive device or other dangerous weapon

    ___ Failure to register under 18 U.S.C. § 2250

    ___ Serious risk defendant will flee

    ___ Serious risk obstruction of justice

2. **Reason For Detention**. The court should detain defendant because there are no conditions of release which will reasonably assure (**check one or both**):

    ___ Defendant's appearance as required

    **X** Safety of any other person and the community

FILED
APR - 4 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

3. **Rebuttable Presumption**. The United States WILL invoke the rebuttable presumption against defendant under § 3142(e). (If yes) The presumption applies because **(check one or both)**:

    __X__ Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. § 924(c), or a federal crime of terrorism, or a specified offense (violation of 18 U.S.C. §§ 2252(a)(2) & 2252A(a)(2)) with minor victim

    ____ Previous conviction for "eligible" offense committed while on pretrial bond

4. **Time For Detention Hearing**. The United States requests the court conduct the detention hearing,

    ____ At first appearance

    __X__ After continuance of __3__ days (not more than 3).

5. **Temporary Detention**. The United States requests the temporary detention of the defendant for a period of _____ days (not more than 10) so that the appropriate officials can be notified since **(check 1 or 2, and 3)**:

    1. At the time the offense was committed the defendant was:

        ____ (a) on release pending trial for a felony;

        ____ (b) on release pending imposition or execution of sentence, appeal of sentence or conviction, or completion of sentence for an offense;

        ____ (c) on probation or parole for an offense.

    ____ 2. The defendant is not a citizen of the U.S. or lawfully admitted for permanent residence.

    ____ 3. The defendant may flee or pose a danger to any other person or the community.

6. **Other Matters**.

_____

_____

DATED this __4th__ day of __april__, 200_7_.

                            Respectfully submitted,

                            COLM F. CONNOLLY
                            United States Attorney

BY: ___Christopher J. Burke___
            Christopher J. Burke
            Assistant United States Attorney