AO 442  (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

_____ District of _____ DELAWARE

UNITED STATES OF AMERICA

V.

EDWARD ROE

**WARRANT FOR ARREST**

Case Number: 07-62M

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____EDWARD ROE_____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  X Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with  (brief description of offense)

KNOWINGLY RECEIVING, DISTRIBUTING AND POSSESSING VISUAL DEPICTIONS OF MINORS ENGAGING IN SEXUALLY EXPLICIT CONDUCT ;

KNOWINGLY RECEIVING, DISTRIBUTING AND POSSESSING CHILD PORNOGRAPHY

in violation of Title ____18____ United States Code, Section(s) ____2252 AND 18:2252A____

GREGORY M. SLEET
Name of Issuing Officer

[Signature]
Signature of Issuing Officer

UNITED STATES DISTRICT JUDGE
Title of Issuing Officer

APRIL 3, 2007 at WILMINGTON, DE
Date and Location

FILED
APR - 5 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED 4/3/07 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 4/4/07 | J. Policichio | [Signature] |

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____   WEIGHT: _____

SEX: _____   RACE: _____

HAIR: _____   EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

_____

INVESTIGATIVE AGENCY AND ADDRESS: _____

_____

_____